## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 21-cr-30082-SPM** |
| **NATHANIEL RUSHING,** | |
| **Defendant.** | |

## <u>MEMORANDUM AND ORDER</u>

**McGLYNN, District Judge:**

This matter comes before the Court for consideration of Defendant Nathaniel Rushing's *pro se* Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c) and § 1B1.10 of the United States Sentencing Guidelines Manual (hereinafter Sentencing Guidelines), making Amendment 821 apply retroactively. (Doc. 28). The United States filed a Response opposing Rushing's request for a sentence reduction, arguing that Rushing is ineligible for a sentence reduction because he is not a zero-point offender per § 4C1.1(a)(1) of the Sentencing Guidelines. (Doc. 31).

Having been fully informed of the issues presented, and in accordance with the reasons set forth in this Court's Sealed Order entered on August 4, 2025 (Doc. 32), Defendant Nathaniel Rushing's *pro se* Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c) (Doc. 28) is **DENIED**.

**IT IS SO ORDERED.**

**DATED:   August 4, 2025**

<u>s/ *Stephen P. McGlynn*  </u>

**STEPHEN P. McGLYNN**
**U.S. District Judge**